UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

FILED
2016 JUL 15 PM 3:54
U.S. MAGISTRATE JUDGE
BY_____

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES ELMER ROUSH,<br><br>Defendant. | Case No.:<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEQUENDUM FOR<br>CHARLES ELMER ROUSH(ID# 07033927) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said CHARLES ELMER ROUSH before the United States District Court at Las Vegas, Nevada, on or about 7-19-16 _____, at the hour of 3:00 a.m./p.m. for an Initial Appearance and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: July 15, 2016

_____
UNITED STATES MAGISTRATE JUDGE